VICTOR PROCESS Co., INC., Appellant, *v.* PILE PRODUCTS
CORPORATION et al., Respondents.

Argued March 2, 1949; decided April 14, 1949.

*David I. Kraushaar, Meyer Kraushaar* and *Edward Lazansky* for appellant.

*Abbott L. Levine* and *Samuel I. Poskanzer* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.